PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Ph: (212) 969-3000
Fx: (212) 969-2900
Paul Salvatore
Joshua A. Stein
Attorneys for Defendant Ralph Lauren, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
JAMES GOUGH,                                        :
                                                    :
                         Plaintiff,                 :       No. 07 CV 9540 (DC)
                                                    :
         - against -                                :
                                                    :       **NOTICE OF APPEARANCE**
RALPH LAUREN, INC.,                                 :
                                                    :
                         Defendant.                 :
-----------------------------------------------------------x

To the Clerk of this Court and all parties of record:

   Enter the appearance of Paul Salvatore, Proskauer Rose LLP, as counsel of record in this case for Defendant Ralph Lauren, Inc. ("Ralph Lauren"). Entry of this appearance shall in no way be deemed a wavier of any and all defenses, including but not limited to any and all jurisdictional defenses, available to Ralph Lauren.

   I certify that I am admitted to practice in this Court.

Dated: November 6, 2007
       New York, New York

                                               Respectfully submitted,

                                               _____

Paul Salvatore
Joshua A. Stein
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
Phone:      (212) 969-3000
Facsimile:  (212) 389-2900
psalvatore@proskauer.com
jstein@proskauer.com

Attorneys for Defendant Ralph Lauren, Inc.