# MEMO ENDORSED

PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Ph: (212) 969-3000
Fx: (212) 969-2900
Paul Salvatore
Joshua A. Stein
Attorneys for Defendant Ralph Lauren, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------x
JAMES GOUGH,                             :
                                         :
                      Plaintiff,         :
                                         :
       - against -                       :
                                         :
RALPH LAUREN, INC.,                      :
                                         :
                      Defendant.         :
-----------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07

No. 07 CV 9540 (DC)

STIPULATION TO
EXTEND TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff James Gough and Defendant Ralph Lauren, Inc. that the time in which Defendant may answer, move, or otherwise respond to the Complaint in this matter is hereby extended up to and including December 7, 2007.

Dated: November 5, 2007

_____
Paul Salvatore
Joshua A. Stein
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
(212) 969-3000
Attorneys for Defendant

_____
Locksley O. Wade
Law Office of Locksley O. Wade, LLC
15 West 39th Street, 3rd Floor
New York, NY 10018
(212) 220-3610

Attorneys for Plaintiff

SO ORDERED:

_____
USDJ
11/8/07