# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
JAMES GOUGH,

        Plaintiff,

    - against -

RALPH LAUREN, INC.,

        Defendant.
------------------------------------------------------x

No. 07 CV 9540 (DC)

**STIPULATION TO EXTEND TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff James Gough and Defendant Ralph Lauren, Inc. that the time in which Defendant may answer, move, or otherwise respond to the Complaint in this matter is hereby extended from December 7, 2007, up to and including Monday, January 14, 2008.

Dated: December 5, 2007

_____
Paul Salvatore
Joshua A. Stein
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
(212) 969-3000
(212) 969-2900
psalvatore@proskauer.com
jstein@proskauer.com
*Attorneys for Defendant*

_____
Locksley O. Wade
Law Office of Locksley O. Wade, LLC
15 West 39th Street, 3rd Floor
New York, NY 10018
(212) 933-9180
(212) 253-4142
lwade@lwade-law.com
*Attorneys for Plaintiff*

SO ORDERED,

_____
UPD J
12/12/07