PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Ph: (212) 969-3000
Fx: (212) 969-2900
Paul Salvatore
psalvatore@proskauer.com
Joshua A. Stein
jstein@proskauer.com
Attorneys for Defendant
Polo Ralph Lauren Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JAMES GOUGH,                                :
                                            :
                    Plaintiff,              :    No. 07 CV 9540 (DC)
                                            :
         - against -                        :
                                            :
RALPH LAUREN, INC.,                         :
                                            :
                    Defendant.              :
------------------------------------------------------------x

## DEFENDANT POLO RALPH LAUREN CORPORATION'S
## FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned attorney of record for Defendant Polo Ralph Lauren Corporation (incorrectly named as Ralph Lauren, Inc.) ("Polo") certifies that the following reflects any publicly held corporate parents of Polo and any publicly held company that owns 10% or more of Polo's stock:

    1.    Polo is a publicly held corporation, and has no parent corporation. No publicly held corporation owns 10% or more of Polo stock.

By: /s/ Joshua A. Stein
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Ph: (212) 969-3000
Fx: (212) 969-2900
Paul Salvatore
psalvatore@proskauer.com
Joshua A. Stein
jstein@proskauer.com
Attorneys for Defendant
Polo Ralph Lauren Corporation

Dated: January 14, 2008