```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
JAMES GOUGH,                        :

                Plaintiff,          :
                                            ORDER
        - against -                 :
                                            07 Civ. 9540 (DC)
RALPH LAUREN, INC.,                 :

                Defendant.          :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, D.J.**

It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:   New York, New York
         February 29, 2008

                                    _____
                                    DENNY CHIN
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08