UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES GOUGH, | ECF CASE |
| Plaintiff, | Case No. 07-Civ-9540 (DC) |
| v. | |
| | NOTICE OF CHANGE OF ADDRESS |
| RALPH LAUREN, INC., | |
| Defendant. | |

TO: **Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 (d) of this court, please take notice of the new business address of the attorney of record for the plaintiff.

> LOCKSLEY O. WADE, ESQ.
> Law Office of Locksley O. Wade, LLC
> 110 Wall Street
> 11th Floor
> New York, NY 10005
> (212) 933-9180 - Telephone
> (212) 253-4142 - Fax
> lwade@lwade-law.com

Dated: March 27, 2008                     Respectfully submitted,

_____
LOCKSLEY O. WADE, ESQ.
Law Office of Locksley O. Wade, LLC
*Attorney for Plaintiff*