# MEMO ENDORSED
**ANNEX A**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES GOUGH

        Plaintiff,

-against-

RALPH LAUREN, INC..

        Defendant.

07 CIV 9540 (DC)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

---

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys for the parties to the above-captioned action, that this action be, and it hereby is, dismissed with prejudice and without an award of costs, disbursements, attorneys' fees or interest to any party.

Date: March 21, 2008

PROSKAUER ROSE LLP

By: _____
    Joshua A. Stein
1585 Broadway
New York, NY 10036
(212) 969-3552
(212) 969-2900
jstein@proskauer.com

Attorneys for Defendant

LAW OFFICE OF LOCKSLEY O. WADE, LLC

By: _____
    Locksley O. Wade
15 West 39th Street, 3rd Floor
New York, NY 10018
(212) 933-9180
(212) 253-4142
lwade@lwade-law.com

Attorney for Plaintiff

SO ORDERED:

_____
U.S.D.J.

3/31/08

3/12/2008
DATE

12

Returned to chambers for scanning on 4/1/08 AG
Scanned by chambers on 4/3/08